UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| COLEEN M. HEMMINGER, | ) ED CV 07-420-SH |
| | ) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that Judgment be entered in favor of the plaintiff, the decision of the Commissioner is reversed and the matter is remanded in accordance with Sentence Four of 42 U.S.C. § 405(g).

DATED: February 5, 2008

```
              /s/
       _____
       STEPHEN J. HILLMAN
    UNITED STATES MAGISTRATE JUDGE
```